UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTI K. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 C 334 |
| v. | ) | |
| | ) | |
| FADEL F. AZER, M.D. and RUSH-COPLEY | ) | Formerly Case No. 13 L 419, |
| MEDICAL CENTER, INC., a corporation, | ) | Circuit Court of Kane County, Illinois |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To: Thomas M. Hartwell
Clerk of the Circuit Court
540 South Randall Road
St. Charles, Illinois 60174

Susan J. Schwartz
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602

Brian J. Hickey
Cassiday Schade, LLP
2056 Westings Avenue, Suite 250
Naperville, Illinois 60563

The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Kane County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. On August 9, 2013, plaintiff Kristi K. Baker commenced the above civil action against, in part, Fadel F. Azer, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Fadel F. Azer, M.D., was a physician for VNA Health Care, formally known as Visiting Nurse Association of Fox Valley, a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that VNA Health Care, formally known as Visiting Nurse Association of Fox Valley, was a private entity receiving grant money from the Public Health Service and that defendant Fadel F. Azer, M.D., was acting within the scope of his employment at VNA Health Care with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendant Fadel F. Azer, M.D.

WHEREFORE, this action now pending in the Circuit Court of Kane County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Fadel F. Azer, M.D.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Jeffrey M. Hansen
    JEFFREY M. HANSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1325
    jeffrey.hansen@usdoj.gov