# EXHIBIT A

#03128564  SJS\wd  8/8/2013

## IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
### KANE COUNTY, ILLINOIS

| | |
|---|---|
| KRISTI K. BAKER,<br><br>  Plaintiff,<br><br>v.<br><br>FADEL F. AZER, M.D. and<br>RUSH-COPLEY MEDICAL CENTER, INC.,<br>a corporation,<br><br>  Defendants. | No. 13 L 419<br><br>PLAINTIFF DEMANDS A JURY TRIAL<br>PHYSICIAN CERTIFICATE ATTACHED<br>ATTORNEY AFFIDAVIT ATTACHED |



F. KEITH BROWN

## COMPLAINT AT LAW

### COUNT I

**Medical Professional Negligence - Fadel F. Azer, M.D.**

Plaintiff, KRISTI K. BAKER, by and through her attorneys, CORBOY & DEMETRIO, P.C., complaining of defendant, FADEL F. AZER, M.D., states:

1. On and after August 18, 2011, and at all times mentioned herein, defendant, Fadel F. Azer, M.D., was a duly licensed physician practicing medicine in the specialty of obstetrics and gynecology in Aurora, Kane County, Illinois.

2. On August 18, 2011, Kristi K. Baker was a patient at Rush-Copley Medical Center for an outpatient procedure, known as a bilateral laparoscopic tubal ligation.

3. On August 18, 2011, defendant, Fadel F. Azer, M.D., performed the bilateral laparoscopic tubal ligation on Kristi K. Baker.

4. On August 18, 2011, Kristi K. Baker was discharged from Rush-Copley Medical Center after her tubal ligation.

**NOTICE**
BY ORDER OF COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE BEFORE THE ABOVE NAMED JUDGE _____
ON _____
_____, AT 9:00 A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED

5. On August 18, 2011, Kristi K. Baker returned to Rush-Copley Medical Center to the emergency room complaining of abdominal pain.

6. On August 18, 2011, Kristi K. Baker was admitted to Rush-Copley Medical Center.

7. On August 18, 2011, Kristi K. Baker had a CT of the abdomen which could not exclude a bowel injury.

8. On August 19, 2011, Kristi K. Baker was examined by defendant, Fadel F. Azer, M.D.

9. On August 19, 2011, Kristi K. Baker was discharged from Rush-Copley Medical Center by defendant, Fadel F. Azer, M.D.

10. On August 24, 2011, Kristi K. Baker was admitted to Rush-Copley Medical Center.

11. On August 24, 2011, Kristi K. Baker had an exploratory laparotomy which found through and through perforations of the mid transverse colon and the ileum.

12. On and after August 18, 2011, defendant, Fadel F. Azer, M.D., had a duty to possess and use the knowledge, skill and care ordinarily used by a reasonably careful obstetrician and gynecologist in his care and treatment of Kristi K. Baker.

13. On and after August 18, 2011, defendant, Fadel F. Azer, M.D., was negligent in one or more of the following respects:

    a. failed to properly care for, treat and attend Kristi K. Baker;

    b. failed to properly perform surgery on Kristi K. Baker;

    c. failed to identify perforations of the mid transverse colon and the ileum during surgery;

2

  d. when hospitalized on August 18, 2011, failed to work up Kristi K. Baker for bowel perforations before discharge on August 19, 2011; and

  e. failed to obtain a surgical consult for Kristi K. Baker during her admission on August 18, 2011 before discharge on August 19, 2011.

14 As a proximate result of one or more of the aforesaid negligent acts or omissions, Kristi K. Baker suffered and will continue to suffer injuries of a personal and pecuniary nature.

15. Plaintiff, Kristi K. Baker, did not know and could not have known of any injury sustained by her until on or after August 24, 2011.

WHEREFORE, plaintiff, KRISTI K. BAKER, demands judgment against defendant, FADEL F. AZER, M.D., in an amount in excess of the jurisdictional limit of the Law Division of the Circuit Court of the 16th Judicial Circuit, Kane County, Illinois.

## COUNT II

### Medical Professional Negligence - Rush-Copley Medical Center, Inc. and Fadel F. Azer, M.D.

Plaintiff, KRISTI K. BAKER, by and through her attorneys, CORBOY & DEMETRIO, P.C., complaining of defendants, RUSH-COPLEY MEDICAL CENTER, INC., a corporation, and FADEL F. AZER, M.D., states:

1. On and after August 18, 2011, and at all times mentioned herein, defendant, Fadel F. Azer, M.D., was a duly licensed physician practicing medicine in the specialty of obstetrics and gynecology at Rush-Copley Medical Center in Aurora, Kane County, Illinois.

2. On and after August 18, 2011, and at all times mentioned herein, defendant, Rush-Copley Medical Center, Inc., was a duly licensed hospital providing healthcare, including physicians and nurses, for patients admitted to the hospital.

3

3. On and after August 18, 2011, and at all times mentioned herein, defendant, Fadel F. Azer, M.D., was an agent and employee of defendant, Rush-Copley Medical Center, Inc.

4. On and after August 18, 2011, and at all times mentioned herein, defendant, Fadel F. Azer, M.D., was an apparent agent and employee of defendant, Rush-Copley Medical Center, Inc.

5. On August 18, 2011, Kristi K. Baker was a patient at Rush-Copley Medical Center for an outpatient procedure, known as a bilateral laparoscopic tubal ligation.

6. On August 18, 2011, defendant, Fadel F. Azer, M.D., performed the bilateral laparoscopic tubal ligation on Kristi K. Baker.

7. On August 18, 2011, Kristi K. Baker was discharged from Rush-Copley Medical Center after her tubal ligation.

8. On August 18, 2011, Kristi K. Baker returned to Rush-Copley Medical Center to the emergency room complaining of abdominal pain.

9. On August 18, 2011, Kristi K. Baker was admitted to Rush-Copley Medical Center.

10. On August 18, 2011, Kristi K. Baker had a CT of the abdomen which could not exclude a bowel injury.

11. On August 19, 2011, Kristi K. Baker was examined by defendant, Fadel F. Azer, M.D.

12. On August 19, 2011, Kristi K. Baker was discharged from Rush-Copley Medical Center by defendant, Fadel F. Azer, M.D.

13. On August 24, 2011, Kristi K. Baker was admitted to Rush-Copley Medical Center.

14. On August 24, 2011, Kristi K. Baker had an exploratory laparotomy which found through and through perforations of the mid transverse colon and the ileum.

15. On and after August 18, 2011, defendant, Fadel F. Azer, M.D., had a duty to possess and use the knowledge, skill and care ordinarily used by a reasonably careful obstetrician and gynecologist in his care and treatment of Kristi K. Baker.

16. On and after August 18, 2011, defendant, Rush-Copley Medical Center, had a duty to act as a reasonably careful hospital in its care and treatment of Kristi K. Baker.

17. On and after August 18, 2011, defendant, Fadel F. Azer, M.D., and defendant, Rush-Copley Medical Center, Inc., by and through its authorized agents and employees, were negligent in one or more of the following respects:

    a. failed to properly care for, treat and attend Kristi K. Baker;

    b. failed to properly perform surgery on Kristi K. Baker;

    c. failed to identify perforations of the mid transverse colon and the ileum during surgery;

    d. when hospitalized on August 18, 2011, failed to work up Kristi K. Baker for bowel perforations before discharge on August 19, 2011; and

    e. failed to obtain a surgical consult for Kristi K. Baker during her admission on August 18, 2011 before discharge on August 19, 2011.

18. As a proximate result of one or more of the aforesaid negligent acts or omissions, Kristi K. Baker suffered and will continue to suffer injuries of a personal and pecuniary nature.

5

19. Plaintiff, Kristi K. Baker, did not know and could not have known of any injury sustained by her until on or after August 24, 2011.

WHEREFORE, plaintiff, KRISTI K. BAKER, demands judgment against defendants, RUSH-COPLEY MEDICAL CENTER, INC., a corporation, and FADEL F. AZER, M.D., in an amount in excess of the jurisdictional limit of the Law Division of the 16th Judicial Circuit, Kane County, Illinois.

_____
Susan J. Schwartz

Susan J. Schwartz
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
I.D. No. 03128564

6

Certificate of Merit Prepared
Pursuant to 735 ILCS 5/2-622

June 14, 2013

Ms. Susan J. Schwartz
Corboy & Demetrio, P.C.
33 N. Dearborn Street
21st Floor
Chicago, Illinois 60602

    Re:    Kristi Baker
            Our File No. 2011N-0202

Dear Ms. Schwartz:

I am a physician, licensed to practice medicine in all of its branches, board certified and specializing in obstetrics and gynecology. I am actively engaged in the practice of medicine. At your request, I have reviewed the following medical records:

    <u>Rush-Copley Medical Center</u>
    8/17/11 pre-op labs
    8/18/11 Same day surgery
    8/18/11-8/19/11 Hospital admission/ER visit
    8/24/11-9/17/112 Hospital admission

On August 18, 2011, Kristi Baker was admitted to Rush-Copley Medical Center for an outpatient bilateral laparoscopic tubal ligation. The procedure was performed by Dr. Fadel F. Azer. It was described as being completed without complications. The patient was discharged.

Later that same day, on August 18, 2011, the patient was brought by ambulance to the emergency room at Rush-Copley Medical Center. The patient was complaining of abdominal pain. A CT of the abdomen was obtained. The CT report stated that there was moderate pneumoperitoneum within the abdomen as well as the umbilicus/incision site. The findings were described as likely post-operative in nature, however, a subtle postop bowel injury could not be excluded.

Ms. Susan J. Schwartz
June 14, 2013
Page 2

Blood drawn revealed the patient had an elevated white blood cell count, lipase, amylase and glucose. With continued abdominal pain and tenderness despite narcotic pain medication, the patient was admitted for observation and serial abdominal examinations.

Repeat blood work on August 19, 2011 demonstrated an increased white blood cell count, glucose, lipase and amylase. The patient complained of severe pain, uncontrolled by narcotic pain medication. The patient was examined by Dr. Azer, who determined that her abdominal pain was mostly gaseous in nature, and he ordered an enema. The patient was discharged.

On August 24, 2011 the patient returned to Rush Copley Medical Center. She was admitted and evaluated by a surgeon. An exploratory laparotomy was performed which found through and through perforations of the mid transverse colon and the ileum.

There is reasonable and meritorious cause for filing an action against Dr. Fadel Azer and any employer of Dr. Azer. Dr. Azer failed to identify perforations at the time of surgery and after surgery. Whenever any perforation was identified, a surgeon should have been consulted.

These failures contributed to a delay in repair of the perforations and injury to Kristi Baker.

This opinion is subject to revision or modification pending review of additional materials.

#03128504     8/8/2013     SJS\wd                                              2011N-0202

# IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

KRISTI K. BAKER,

        Plaintiff,

v.                                                              No.

FADEL F. AZER, M.D. and
RUSH-COPLEY MEDICAL CENTER, INC.,
a corporation,

        Defendants.

## AFFIDAVIT

I, SUSAN J. SCHWARTZ, on oath depose and state:

1. I have consulted and reviewed this case with a physician who practices as a specialist in obstetrics and gynecology and who is knowledgeable in the relevant issues involved.

2. The obstetrics and gynecology consultant is practicing and has practiced within the last six years in the area of health care and medicine that is at issue in this action.

3. The obstetrics and gynecology consultant is qualified by experience and has demonstrated competence in the subject of this case.

4. The obstetrics and gynecology consultant has determined in a written report, after review of the available medical records and radiology studies, that there is reasonable and meritorious cause for filing this action.

5. This obstetrics and gynecology specialist has been retained as a consultant in anticipation of litigation and for the purpose of providing the certificate of merit required by statute. The opinions of the consultant of necessity are based only on the medical records which

have been obtained at this time. The opinions of this consultant are preliminary. It has not been determined that this consultant will be called as a witness at trial.

6. I have concluded on the basis of the reviewing physician's review and consultation with me that there is reasonable and meritorious cause for filing this action.

FURTHER AFFIANT SAYETH NOT.

_____
SUSAN J. SCHWARTZ

Subscribed and Sworn to before me
this 8th day of August, 2013.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
WIEN MARIE DESTEFANO
Notary Public, State of Illinois
My Commission Expires 09-24-2015

Susan J. Schwartz
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 03128504

2

#03128564   8/8/2013   SJS\wd                                                         2011N-0202

## IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

KRISTI K. BAKER,

            Plaintiff,

    v.

                            No.

FADEL F. AZER, M.D. and
RUSH-COPLEY MEDICAL CENTER,
INC., a corporation,

            Defendants.

## AFFIDAVIT

I, SUSAN J. SCHWARTZ, state under oath:

1. I am an attorney associated with Corboy & Demetrio, P.C. and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

                                            _____
                                            CORBOY & DEMETRIO, P.C.
                                            By: Susan J. Schwartz

SUBSCRIBED and SWORN to before me
this 8th day of August, 2013.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
WIEN MARIE DESTEFANO
Notary Public, State of Illinois
My Commission Expires 09-24-2015

Susan J. Schwartz
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 03128564

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. **13 L 419**

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| Kristi K. Baker | Fadel F. Azer, M.D., et al. | File Stamp |

**SERVE:**
Name: Fadel F. Azer, M.D.
Address: 6903 Sweetbriar Lane
City, State & Zip: Darien, Illinois 60561

Amount Claimed _____

Pltf. Atty **Susan J. Schwartz/Corboy & Demetrio, P.C.**
Atty. Registration No. **03128564**
Address **33 N. Dearborn Street, 21st Floor**
City, State and Zip **Chicago, Illinois 60602**

Add. Pltf. Atty _____
Atty. Registration No. _____
Address _____
City, State and Zip _____

## SUMMONS

To the above named defendant(s):

☐ A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

**TO THE SHERIFF OR OTHER PROCESS SERVER:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____
(To be inserted by process server on copy left with the defendant or other person)

**AUG 9 2013**

WITNESS, _____ (date)

_Thomas M. Hartwell_ (signature)
Clerk of Court

Form 166-A (07/10)   Page 1 of 2