UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTI K. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 C 334 |
| v. | ) | |
| | ) | |
| FADEL F. AZER, M.D. and RUSH-COPLEY | ) | Formerly Case No. 13 L 419, |
| MEDICAL CENTER, INC., a corporation, | ) | Circuit Court of Kane County, Illinois |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Thomas M. Hartwell
Clerk of the Circuit Court
540 South Randall Road
St. Charles, Illinois 60174

Susan J. Schwartz
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602

Brian J. Hickey
Cassiday Schade, LLP
2056 Westings Avenue, Suite 250
Naperville, Illinois 60563

Please take notice that on January 17, 2013, the United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, filed a notice of removal of the above-captioned civil action from the Circuit Court of Kane County, Illinois, to the United

States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679 and 42 U.S.C. § 233.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

    By: s/ Jeffrey M. Hansen
        JEFFREY M. HANSEN
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-1325
        jeffrey.hansen@usdoj.gov