#03128564   SJS\wd   10/9/2014                                             2013S-0178

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRISTI K. BAKER,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and<br>RUSH-COPLEY MEDICAL CENTER, INC.,<br>a corporation,<br><br>              Defendants. | No.   1:14-CV-00334<br>Honorable Andrea R. Wood |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Kristi K. Baker, and her counsel, give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, Rush-Copley Medical Center, Inc.

Date:   October 9, 2014

                                                        By:   s/ Susan J. Schwartz
                                                        Susan J. Schwartz
                                                        Corboy & Demetrio, P.C.
                                                        Attorney for Plaintiff
                                                        33 N. Dearborn Street, 21st Floor
                                                        Chicago, Illinois  60602
                                                        (312) 346-3191
                                                        sjs@corboydemetrio.com
                                                        *Attorney for Plaintiff, Kristi K. Baker*