UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kristi K Baker

                                         Plaintiff,

v.                                                              Case No.: 1:14–cv–00334
                                                                          Honorable Andrea R. Wood

United States of America, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 16, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 1/8/2015 at 9:00 a.m. Pursuant to Plaintiff's notice of voluntary dismissal [18], Defendant Rush–Copley Medical Center is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)( 1 )(A)(i). Having reviewed the parties' Joint Initial Status Report [19], the Court orders the following schedule: initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by 12/16/2014; fact discovery shall be completed by 6/16/15; Plaintiff shall disclose any Rule 26(a)(2) witnesses by 8/16/15; Plaintiff's Rule 26(a)(2) witnesses shall be deposed by 10/1/15; Defendants shall disclose Rule 26(a)(2) witnesses by 12/1/15; and Defendants' Rule 26(a)(2) witnesses shall be deposed by 1/15/16. Dispositive motions shall be filed by 2/15/16. Mailed notice (ac, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.